UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-20470-CR-LENARD

UNTIED STATES OF AMERICA,

Vs.

ALVARO LOPEZ TARDON,

Defendant.

_____/

**JAMES RUBIN's AND OLGA RUBIN's VERIFIED PETITION TO ADJUDICATE CLAIMED INTEREST IN PROPERTY SUBJECT TO FORFEITURE**

COMES NOW the Petitioners, JAMES RUBIN and OLGA RUBIN pursuant to this Honorable Court's Amended Order of Forfeiture of Substitute Property (DE 613) dated October 30, 2014, and further pursuant to correspondence/notice received from the United States Attorney for the Southern District of Florida, and hereby Petitions this Honorable Court for a hearing and adjudication regarding a claimed interest in property subject to forfeiture and show and aver as follows:

1. Petitioners are former tenants of property located at 1000 S. Pointe Drive, Unit 908, Miami Beach, Florida 33139 ("Subject Property"), a property which by notice is subject to forfeiture by order of the Court and was a property believed to be owned or controlled by ALVARO LOPEZ TARDON or an affiliated entity owned or controlled by ALVARO LOPEZ TARDON. The subject tenancy was pursuant to a lease and the Petitioner's paid certain funds including without limitation, a security deposit in the amount of $5,500, last month's rent in the amount of $5,500, and a pet deposit in the amount of $1,000, for a total of $12,000 for a period to commence on June 1, 2009 to June 1, 2010. Ultimately, Petitioners were denied use and ultimately denied the return of amounts due.

2. Petitioners filed suit against 908, LLC, TARDON's affiliated entity claiming ownership of the Subject Property and obtained a default final judgment for liquidated and specified damages in the sum total of $8,711.77, effective November 16 2010 and filed of record in Official Records Book 27521, Page 1414 of the public records of Miami-Dade County, Florida, together with post-judgment interest in the amount of six percent per annum until paid in full. A copy of the Default Final Judgment is attached hereto as Exhibit "A". Petitioners hereby assert a claim in the sum of $ 9,757.18 (reflecting the judgment amount and post-judgment interest) against the Subject Property and the funds forfeited in these proceedings pursuant to that certain "Amended Order of Forfeiture of Substitute Property" (DE 613). Petitioners hereby further seek all accrued interest on the Default Final Judgment, and to the extent permissible, an award of reasonable attorney's fees in connection with the submission and prosecution of this Petition.

3. Petitioners nature and extent of their purported right, title or interest in the property arises from their lease for the Subject Property and claimed damages for breach of the lease and Petitioners having obtained a Default Final Judgment as more fully appears by Exhibit "A".

4. Petitioners acquisition of such rights, title or interest in the forfeited property arose as of the date of the Default Final Judgment appearing as Exhibit "A" and prior to such period when the Defendant in the above referenced cause, ALVARO LOPEZ TARDON, refused to return amounts due in 2010.

5. Pursuant to the terms of Florida Statute Section 55.10, amounts awarded by judgment against a person attach as liens to all real property owned in the county where the judgment was obtained. Florida Statute Section 55.10 (2014). Accordingly, Petitioners claim a lien against the Subject Property, which is real property which is a part of this Court's Order (DE 613).

5. Petitioners seek a hearing and adjudication finding that their claim to the forfeited property is just, proper and valid, and an award of the claimed sums (the liquidated damages appearing within the Default Final Judgment) accrued post-judgment interest, and reasonable attorney's fees and costs related to this claim.

WHEREFORE the Petitioners, JAMES RUBIN and OLGA RUBIN respectfully request a hearing and adjudication on their claim for payment from forfeited asset(s) and an award and order directing payment by the United States of America, together with such other and further relief as this Honorable Court may deem just and proper.

Respectfully Submitted,
By: s/Russell S. Jacobs
**Russell S. Jacobs**
e-mail: russ@thejacobslawgroup.com
**The Jacobs Law Group**
Attorneys for Petitioner James Rubin and Olga Rubin
20700 West Dixie Highway
Aventura, Florida 33180
Telephone: 305.405.4444 / Facsimile: 305.402.0138

s/ Lawrence Shapiro
e-mail: ljshapirolaw@aol.com
**LAWRENCE J. SHAPIRO & ASSOCIATES, P.A.**
**175 SW 7th Street**
**Latitude One Office Tower Suite 1600**
**Miami, Florida 33130**
Tel: (305) 379-3111/Fax: (305) 577-3438

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>s/Russell S. Jacobs
>Russell S. Jacobs

## VERFICATION OF THE PETITION

Under penalty of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief.

James Rubin

Olga Rubin

Exhibit "A"

CFN 2010R0836688 OR BK 27521 Pgs 1413 - 1414; (2pgs)
RECORDED 12/15/2010 09:40:51
HARVEY RUVIN, CLERK OF COURT, MIAMI-DADE COUNTY, FLORIDA

IN THE COUNTY COURT FOR THE
11th JUDCIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

JAMES B. RUBIN and OLGA RUBIN,     CASE NO: 10-16327 CC 05 (08)

Plaintiffs,

v.

MURANO 908, LLC,

Defendant.
_____/


ANNETTE WEEKS RECORDED

### FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court on Plaintiffs Motion for Final Default Judgment filed by Plaintiffs, JAMES B. RUBIN and OLGA RUBIN, ("Plaintiffs"). The Court, having reviewed the pleadings, motion and affidavits filed in support thereof, and being otherwise fully advised as to the premises, it is ADJUDGED that

1)    The Court has subject matter jurisdiction of this matter.

2)    The Court has *in personam* jurisdiction over the Defendant, MURANO 908, LLC.

3)    Plaintiffs shall have and recover from the Defendant, the following:

     a)    $6,500.00, representing the total principal balance due;

     b)    $160.71, representing the total pre-judgment interest due;

     c)    $449.06, representing Plaintiff's court costs in this matter; and

     d)    $1,602.00, representing Plaintiff's attorney's fees in this matter;

for a total of **$8,711.77** for all of which let execution issue forthwith.

4)    All amounts awarded herein shall accrue interest at the legal rate of six percent (6%) from the date hereof until fully paid.



IT IS FURTHER ORDERED AND ADJUDGED that the Defendant, MURANO 908, LLC, shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments and serve it on the Plaintiffs attorney within 45 days from the date of this Final Default Judgment, unless the Final Default Judgment is satisfied or post-judgment discovery is stayed.

Jurisdiction of this case is retained to enter further orders that are proper to compel the Defendant, MURANO 908, LLC, to complete form 1.977, including all required attachments, and serve it on the Plaintiffs attorney.

DONE and ORDERED in Chambers in Miami, Florida this _____ day of November, 2010.   NOV 16 2010

Judge Wendell M. Graham
County Court Judge

Copies to:
Roy L. Weinfeld, Esq.
Murano 908, LLC, Alvaro Lopez, Registered Agent
Lee P. Marks, Esq.

Creditors Address:
James B. Rubin
Olga Rubin
1000 S. Pointe Drive, #2304
Miami Beach, Florida 33139

Debtors' Addresses:
Murano 908, LLC
2475 South Bayshore Drive, Suite # 3
Coconut Grove, Florida 33133

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office
HARVEY RUVIN Clerk, of Circuit and County Courts
Deputy Clerk _____

2